**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MOLL INDUSTRIES, INC. ) | Case No. 10-11371  (MFW) |
| et al., ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| _____) | |
| ) | |
| THE OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF MOLL ) | |
| INDUSTRIES, INC., et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 10-53291  (MFW) |
| ) | |
| HIGHLAND CAPITAL MANAGEMENT ) | |
| L.P., HIGHLAND LEGACY LTD., ) | |
| HIGHLAND LOAN FUNDING V LTD., ) | |
| LONGHORN CREDIT FUNDING LLC, ) | |
| PAM CAPITAL FUNDING, LP, ) | |
| PAMCO CAYMAN LTD., ) | |
| RESTORATION FUNDING CLO, LTD, ) | |
| HIGHLAND CRUSADER OFFSHORE ) | |
| PARTNERS, NEXBANK, SSB, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**O R D E R**

**AND NOW** this **3rd** day of **August, 2011**, upon consideration of the Secured Lenders' Motion to Dismiss, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Secured Lenders' Motion is **GRANTED** as to the recharacterization claim and the equitable subordination claim; and it is further

**ORDERED** that the Secured Lenders' Motion is **DENIED** as to the claim for avoidance of the security interest; and it is further

**ORDERED** that HCMLP's Motion is **GRANTED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Richard W. Riley, Esquire[1]

---

[1] Counsel is to distribute a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Richard W. Riley, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Ste 1200
Wilmington, DE 19801
Counsel for Secured Lender Defendants

Mark X. Mullin, Esquire
R. Thaddeus Behrens, Esquire
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Counsel for Secured Lender Defendants

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Counsel for Highland Capital Management, L.P.

Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tyron Street
Charlotte, NC 28202
Counsel for Highland Capital Management, L.P.

Thomas M. Horan, Esquire
Michael G. Busenkell, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Counsel for the Official Committee of
Unsecured Creditors